Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche Manning | Sitting Judge if Other than Assigned Judge | Edward A. Bobrick |
|---|---|---|---|
| CASE NUMBER | 01 C 2487 | DATE | 5/1/2002 |
| CASE TITLE | Renee Jones vs. Gillespie Pontiac | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by agreement/pursuant to]
 ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Report and Recommendation recommending that the petition of Gillespie Pontiac for an award of reasonable attorney's fees and expenses against plaintiff's counsel be granted and that the plaintiff's counsel be ordered to pay the defendant reasonable attorney's fees in the amount of $9930.00 within fifteen days is hereby entered of record.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 2 | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | MAY 02 2002 | |
| | Notified counsel by telephone. | | date docketed | 41 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | | |
| | | | 5/1/2002 | |
| | | 02 MAY -1 PM 4:22 | date mailed notice | |
| TH✓ | courtroom deputy's initials | | TH | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



MAY 0 2 2002

| | | |
|---|---|---|
| RENEE JONES, | ) | |
|     Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 01 C 2487 Judge Blanche M. Manning |
| GILLESPIE PONTIAC, | ) ) | Edward A. Bobrick, Magistrate Judge |
|     Defendant. | ) ) | |

### REPORT AND RECOMMENDATION
### of Magistrate Judge Edward A. Bobrick

Before the court is the petition of Gillespie Pontiac for an award of reasonable attorney's fees and expenses against plaintiff's counsel.

This court entered a sanction of reasonable attorney's fees and expenses against plaintiff's counsel under Fed.R.Civ.P. 11. Defendant has now filed a petition, supported by an itemized billing statement and affidavit, for an award of fees and costs in the amount of $9930.00. Plaintiff has responded to the petition, calling into question several billing entries.

Review of defendant's petition does not present any anomalies. The hourly rate defense counsel seeks–$100 per hour–is certainly well within reason for cases of this type. *See, e.g., Fogle v. William Chevrolet/Geo, Inc.*, 275 F.3d 613, 615 (7th Cir. 2001). Similarly, the total time billed does not cause concern, generated as it was by plaintiff's

4/1

pursuit of an unfounded claim. Accordingly, the court will address the plaintiff's specific arguments against the petition.

First, plaintiff argues that the entries for review of correspondence dated December 7, 2001, and December 14, 2001, were duplicative and regarded the same correspondence. This is not the case, as defendant has submitted copies of the two separate letters–*sent by plaintiff*–reflected in the billing statement. Next, plaintiff calls into question the time billed for receipt and review of minute orders from this court. There are three such entries–December 10, 2001, January 7, 2002, and January 29, 2002–all billed at .20 hours. We do not find that twelve minutes is an inordinate amount of time to receive and review these orders, especially when the process involves diary entries, docketing, and filing.

Plaintiff cites another instance of purported double billing for entries dated December 18, 2001, and January 28, 2002. Both entries are described as the review of plaintiff's response to the defendant's petition for fees. As defendant explains, these entries merely reflect the initial receipt and review or the document, followed by a second review of the document six weeks later in preparation for the rule to show cause hearing on January 28, 2002. This court will certainly not begrudge defense counsel their time spent in preparation for this court's hearing.

Finally, plaintiff finds three entries for January 28, 2002, to be excessive. These total 1.5 for review of the briefs regarding the rule to show cause and petition for

attorney's fees, as well as general preparation for the hearing on the rule to show cause. Again, the court finds this a reasonable time spent in review and preparation for a serious and somewhat sensitive matter.

For the foregoing reasons, it is hereby recommended that the plaintiff's counsel be ordered to pay the defendant reasonable attorney's fees in the amount of $9930.00 within fifteen days.

Respectfully submitted,

*[signature]*

Edward A. Bobrick
U.S. Magistrate Judge

DATE: May 1, 2002

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. Fed.R.Civ.P. 72; *Thomas v. Arn*, 474 U.S. 140 (1985); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 330 (7th Cir. 1989).

Copies to:  Larry Smith                    Andrea M. Crumm
            Krohn & Moss                   Mangan, Langhenry, Gillen & Lundquist
            120 W. Madison St.             29 S. LaSalle St.
            Suite 1001                     Suite 720
            Chicago, IL. 60602             Chicago, IL. 60603